IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Timothy Lloyd, #46406, aka Timothy Luxurious X. Lloyd, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 6:08-4093-TLW-KFM |
| Scotty R. Bodiford, Jail Admin., James M. Dorriety, Asst. City Admin., and John Doe 1, Officer (D.O.); John Doe 2, Officer (D.O.), "individually and in their official capacities," | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# ORDER

The plaintiff Timothy Lloyd filed this civil action pursuant to 42 U.S.C. § 1983 on December 24, 2008. (Doc. #1). On April 30, 2010, the defendants filed a motion for summary judgment. (Doc. #39). On May 3, 2010, the petitioner was advised, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), of the summary judgment procedure and the possible consequences if he failed to respond adequately. (Doc. #40). The plaintiff filed no response to the motion for summary judgment.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Kevin F. McDonald to whom this case had previously been assigned. (Doc. #48). In the Report, the Magistrate Judge recommends that the District Court dismiss this action based on the plaintiff's failure to prosecute under Fed. R. Civ. P. 41(b). (Doc. #48). The plaintiff filed no objections to the Report. Objections were due on July 30, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #48). For the reasons articulated by the Magistrate Judge, this action is hereby dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
    United States District Judge

August 13, 2010
Florence, South Carolina